UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| EARLIE B.A. BERRY, JR., ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:07-CV-42 RM |
| v. ) | |
| ) | |
| J. DAVID DONAHUE, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

Earlie B.A. Berry, Jr., a *pro se* prisoner, submitted a complaint under 42 U.S.C. § 1983. On February 9, 2007, the court dismissed Mr. Berry's complaint for failure to state a claim. On February 14, 2007, Mr. Berry filed a motion to withdraw his complaint because his property had been returned. Because Mr. Berry's complaint had already been dismissed, Mr. Berry's motion to withdraw (docket #7) is **DENIED AS MOOT**.

SO ORDERED.

ENTERED: <u>February 15, 2007</u>

              /s/ Robert L. Miller, Jr.
              Chief Judge
              United States District Court